AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Jemol H. Brown <br> *Plaintiff* <br> v. <br> Warden Dennis Bush; Deputy Warden Willie Davis; Off. Sharon Patterson; Off. Roy Miller; Captain Thomas Commander, <br> *Defendants* | Civil Action No.   0:15-cv-00017-MBS |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ the plaintiff, Jemol H. Brown, shall take nothing of the defendants, Warden Dennis Bush, Deputy Warden Willie Davis, Off. Sharon Patterson, and Captain Thomas Commander, and this action is dismissed without prejudice as to those defendants.

■ the plaintiff, Jemol H. Brown, shall take nothing of the defendant, Off. Roy Miller, and this action is dismissed without prejudice as to that defendant.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Margaret B. Seymour, Senior United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Paige J. Gossett, United States Magistrate Judge, which recommended the dismissal of this action without prejudice as to Warden Dennis Bush, Deputy Warden Willie Davis, Off. Sharon Patterson, and Captain Thomas Commander pursuant to 28 U.S.C. § 1915(e)(2)(B).

■ decided by the Honorable Margaret B. Seymour, Senior United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Paige J. Gossett, United States Magistrate Judge, which recommended the dismissal of this action without prejudice as to Off. Roy Miller pursuant to Federal Rule of Civil Procedure 4(m).

Date:  March 9, 2016                                                   *ROBIN L. BLUME, CLERK OF COURT*

                                                                                              s/B. Goodman
                                                                              *Signature of Clerk or Deputy Clerk*